

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.:  15-CV-60423-WJZ

FILED BY _____ D.C.

APR 30 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

FEDERAL TRADE COMMISSION,

STATE OF COLORADO,

STATE OF FLORIDA,

STATE OF INDIANA,

STATE OF KANSAS,

STATE OF MISSISSIPPI,

STATE OF MISSOURI,

STATE OF NORTH CAROLINA,

STATE OF OHIO,

STATE OF TENNESSEE, and

STATE OF WASHINGTON,

        Plaintiffs,
vs.

CARRIBEAN CRUISE LINES, INC., a
Florida corporation,

LINKED SERVICE SOLUTIONS, LLC, a
Florida limited liability company,

ECONOMIC STRATEGIES LLC, a Florida
limited liability company,

PACIFIC TELECOM COMMUNICATIONS
GROUP, INC., a Nevada Corporation,

INTERNATIONAL TELEPHONE
CORPORATION, a Belize International
Business Corporation,

INTERNATIONAL TELEPHONE, LLC, a
Wyoming limited liability company,

| |
|---|
| TELEPHONE MANAGEMENT CORPORATION, an Oregon Corporation, |
| TMCALLERID, LLC, an Oregon Limited Liability Company, |
| SCOTT BROOMFIELD, individually and as an officer, director or owner of Linked Services Solutions, LLC, |
| JACOB DEJONGH, individually and as an officer, director or owner of Economic Strategies, LLC., |
| FRED ACCUARDI, individually and as an officer, director, or owner of Pacific Telecom Communications, Inc., International Telephone Corporation, International Telephone, LLC, Telephone Management Corporation, and TMCallerID, LLC, and |
| STEVE HAMILTON, individually and as an officer, director or owner of Pacific Telecom Communications Group, Inc. Defendants. |

## MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES TO ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Souther District of Florida, the undersigned respectfully moves for the admission pro hac vice of F. Antone Accuardi, Esq., of the law firms of F. Antone Accuardi, Attorney at Law, 64783 E. Lupine Drive, Rhododendron, Oregon 97049, for purposes of appearance as co-counsel in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit F. Antone Accuardi to receive electronic filings in this case, and in support thereof states as follows:

1.      F. Antone Accuardi is not admitted to practice in the Southern District of Florida and is a

member in good standing of the Oregon State Bar, United States District Court for the State of Oregon (Portland Div.).

2.      Movant, Edwin Walker, Esq., of the law firm of Walker Law Firm, PA, 500 S. Australian Ave. Ste. 600, W. Palm Beach, Florida 33401, is a member in good standing of the Florida bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily and regularly communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with CM/ECF Administrative Procedures. See section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of the court, F. Antone Accuardi, has made payment of this courts 75$ admission fee. A certification in accordance with rule 4(b) is attached hereto.

4.      F. Antone Accuardi, by and through the undersigned counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to F. Antone Accuardi at email address taxlaw@justice.com.

    WHEREFORE, Edwin Walker, Esq., moves this Court to enter an Order, F. Antone Accuardi, to appear before this Court on behalf of Telephone Management Corporation, Pacific Telecom Communications Group, TMCallerID, ITC, LLC, International Telephone Corporation, and Fred Accuardi for all purposes relating to the proceeding in the above-styled matter and directing the Clerk to provide notice of electronic filing to F. Antone Accuardi.

Respectfully submitted,

*[signature]*

Edwin M. Walker, Esq. 72920
Walker Law Firm, P.A.
500 S. Australian Ave. Ste. 600
W. Palm Beach, Florida 33401
(561-) 689-1512
ewalker3@walkerlaw.net

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.:  15-CV-60423-WJZ

FEDERAL TRADE COMMISSION,

STATE OF COLORADO,

STATE OF FLORIDA,

STATE OF INDIANA,

STATE OF KANSAS,

STATE OF MISSISSIPPI,

STATE OF MISSOURI,

STATE OF NORTH CAROLINA,

STATE OF OHIO,

STATE OF TENNESSEE, and

STATE OF WASHINGTON,

        Plaintiffs,

vs.

CARRIBEAN CRUISE LINES, INC., a Florida corporation,

LINKED SERVICE SOLUTIONS, LLC, a Florida limited liability company,

ECONOMIC STRATEGIES LLC, a Florida limited liability company,

PACIFIC TELECOM COMMUNICATIONS GROUP, INC., a Nevada Corporation,

INTERNATIONAL TELEPHONE CORPORATION, a Belize International Business Corporation,

INTERNATIONAL TELEPHONE, LLC, a Wyoming limited liability company,

TELEPHONE MANAGEMENT
CORPORATION, an Oregon Corporation,

TMCALLERID, LLC, an Oregon Limited
Liability Company,

SCOTT BROOMFIELD, individually and as
an officer, director or owner of Linked
Sercvies Solutions, LLC,

JACOB DEJONGH, individually and as an
officer, director or owner of Economic
Strategies, LLC.,

FRED ACCUARDI, individually and as an
officer, director, or owner of Pacific Telecom
Communications, Inc., International Telephone
Corporation, International Telephone, LLC,
Telephone Management Corporation, and
TMCallerID, LLC, and

STEVE HAMILTON, individually and as an
officer, director or owner of Pacific Telecom
Communications Group, Inc.
                    Defendants.          /

## CERTIFICATION OF F. ANTONE ACCUARDI IN SUPPORT OF HIS MOTION TO APPEAR PRO HAC VICE

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Souther District of Florida, the undersigned \ respectfully submits the certification of F. Antone Accuardi, Esq..

F. Antone Accuardi, Esquire, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Oregon Sate bar and the United States District Court for the District of Oregon (Portland Division.)

Dated this 30th day of April, 2015

_Antone Accuardi_
F. Antone Accuardi, Esq.



Oregon Bar

# Certificate

State of Oregon )
) ss.
County of Washington )

I, Angela W. Bennett, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**F. ANTHONY ANTONE ACCUARDI**

was admitted to practice law in the State of Oregon by examination and became an active member of the Oregon State Bar on September 22, 1997.

There are no complaints, grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Accuardi is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 23rd day of April, 2015.

Angela W. Bennett
Assistant Disciplinary Counsel
Oregon State Bar

16037 SW Upper Boones Ferry Road, PO Box 231935, Tigard, Oregon 97281-1935
(503) 620-0222  toll-free in Oregon (800) 452-8260  Regulatory Services fax (503) 968-4457  www.osbar.org

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: __15-CV-60423-WJZ__

FEDERAL TRADE COMMISSION,

STATE OF COLORADO,

STATE OF FLORIDA,

STATE OF INDIANA,

STATE OF KANSAS,

STATE OF MISSISSIPPI,

STATE OF MISSOURI,

STATE OF NORTH CAROLINA,

STATE OF OHIO,

STATE OF TENNESSEE, and

STATE OF WASHINGTON,

        Plaintiffs,

   vs.

CARRIBEAN CRUISE LINES, INC., a Florida corporation,

LINKED SERVICE SOLUTIONS, LLC, a Florida limited liability company,

ECONOMIC STRATEGIES LLC, a Florida limited liability company,
PACIFIC TELECOM COMMUNICATIONS GROUP, INC., a Nevada Corporation,

INTERNATIONAL TELEPHONE CORPORATION, a Belize International Business Corporation,

INTERNATIONAL TELEPHONE, LLC, a Wyoming limited liability company,

TELEPHONE MANAGEMENT CORPORATION, an Oregon Corporation,

TMCALLERID, LLC, an Oregon Limited Liability Company,

SCOTT BROOMFIELD, individually and as an officer, director or owner of Linked Services Solutions, LLC,

JACOB DEJONGH, individually and as an officer, director or owner of Economic Strategies, LLC.,

FRED ACCUARDI, individually and as an officer, director, or owner of Pacific Telecom Communications, Inc., International Telephone Corporation, International Telephone, LLC, Telephone Management Corporation, and TMCallerID, LLC, and

STEVE HAMILTON individually and as an officer, director or owner of Pacific Telecom Communications Group, Inc.
          Defendants.

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICE OF ELECTRONIC FILING

1.

THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice for F. Antone Accuardi, Consent to Designation, and Request to Electronically receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. F. Antone Accuardi, may appear and participate in this action on behalf of Telephone Management Corporation, TMCallerID, ITC, LLC, ITC, Pacific Telecom Communications Group, and Fred Accuardi. The clerk shall provide electronic notification of all electronic filings to F. Antone Accuardi, at Interlaw@justice.com .

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____., 2015

_____
United States District Judge

Copies Furnished to
The Federal Trade Commission