```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA

                   CASE NO.  15-60423-CIV-ZLOCH
```

FEDERAL TRADE COMMISSION,

    Plaintiff,

vs.                                           **ORDER TO SHOW CAUSE**

CARIBBEAN CRUISE LINE, INC.,
et al.,

    Defendants.
_____/

    THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file herein and is otherwise fully advised in the premises.

    By prior Order (DE 43), the Court directed the Parties to agree upon a mediator within fifteen (15) days from the date of said Order, and to file a Notice of Selection with the Clerk of this Court reflecting the same within five (5) days after a mediator is selected. The Order (DE 43) also directed the Parties to notify the Court of the date of mediation within 15 days of the selection of the mediator. As of the date of this Order, no Notice indicating the selection of the mediator or the date of mediation has been filed within the time prescribed.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. By <u>noon</u> on <u>Thursday, June 30, 2016</u>, Plaintiffs shall file a Notice with the Court in compliance with the terms and conditions of the Court's prior Order Of Referral To Mediation (DE 43); and

2. Upon the failure of any Party to comply with the terms and conditions of this Order, the Court may impose an appropriate sanction upon the Parties including but not limited to the dismissal of the above-styled cause without further notice or hearing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___27th___ day of June, 2016.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record