UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60423-CIV-ZLOCH

**FEDERAL TRADE COMMISSION,**
**et. al.,**
        **Plaintiffs,**
**v.**

**CARIBBEAN CRUISE LINE, INC,**
**et. al.,**
        **Defendants.**
_____/

**NOTICE OF APPEARANCE ON BEHALF OF FEDERAL TRADE COMMISSION ATTORNEYS LOIS GREISMAN, WILLIAM MAXSON, AND BIKRAM BANDY IN THEIR PERSONAL CAPACITIES**

The United States Attorney's Office for the Southern District of Florida, on behalf of LOIS GREISMAN and WILLIAM MAXSON, attorneys for the Federal Trade Commission who have been named in their personal capacities in counterclaims brought by Defendants Accuardi, TMC, ITC, LLC, TmcallerID and PTCG, respectfully notifies the Court and the specified Defendants that representation of these attorneys in their personal capacities has been assigned to Assistant United States Attorney Steven R. Petri. All further pleadings and orders should be addressed to the undersigned counsel. Ms. Greisman and Mr. Maxson reserve their right to raise all applicable defenses to the above Defendants' counterclaims in their first responsive pleading. Ms. Greisman and Mr. Maxson have not been served with the counterclaims pursuant to the Federal Rules of Procedure by the above Defendants. As counsel for the specified Defendants has previously been notified, Ms. Greisman and Mr. Maxson have authorized the undersigned to accept service on their behalf, which may be provided electronically by the Defendants' counsel. The date of service shall commence the 60 day period Ms. Greisman and Mr. Maxson have to

respond to the counterclaims pursuant to Fed. R. Civ. P. 12(a)(3).  Further, undersigned counsel also provides notice that he represents BIKRAM BANDY, counsel of record for the Plaintiff Federal Trade Commission, in his personal capacity.  Mr. Bandy was not named as a Party to the counterclaims filed by the above Defendants, but was mentioned by name in the body of the counterclaims.   Undersigned counsel provides notice that he represents Mr. Bandy to the extent personal representation becomes necessary or appropriate in this matter should he be named in the future as a Party by the above Defendants.

Dated: June 27, 2016

                                           Respectfully submitted,

                                           WIFREDO A. FERRER
                                           UNITED STATES ATTORNEY

By:   *s/Steven R. Petri*
        Steven R. Petri
        Federal Bar No. A5500048
        Assistant United States Attorney
        E-mail: Steve.Petri@usdoj.gov
        United States Attorney's Office
        500 E. Broward Boulevard, Suite 700
        Fort Lauderdale, Florida 33394
        Tel:  (954) 660-5799/Fax: (954) 356-7180
        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of June, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                           *s/Steven R. Petri*
                                           Steven R. Petri
                                           Assistant United States Attorney

## SERVICE LIST
United States District Court, Southern District of Florida
Five Smooth Stones v. US, 16-80676-CIV-Rosenberg/Brannon

| | |
|---|---|
| Lauren Vickroy Prudy, Esq.<br>Fla. Bar No.: 93943<br>Amy Brigham Boulris, Esq.<br>Fla Bar No.: 772836<br>Gunster, Yoakley & Stewart, P.A.<br>225 Water Street<br>Suite 1750<br>Jacksonville, FL 32202<br>lpurdy@gunster.com<br>aboulris@gunster.com<br><br>Michael D. Martin, Esq.<br>Fla. Bar No.: 0108530<br>Martin Law Office<br>P.O. Box 367<br>Lakeland, FL 33802<br>863-686-6700 (telephone)<br>863-687-2364 (fax)<br>Mike@martinpa.com<br><br>*Attorneys for Plaintiff,*<br>**via Notices of Electronic Filing generated by CM/ECF** | Steven R. Petri<br>Bar No. 5500048<br>Assistant United States Attorney<br>E-mail : Steve.Petri@usdoj.gov<br>United States Attorney's Office<br>500 E. Broward Boulevard, Suite 700<br>Fort Lauderdale, Florida 33394<br>Tel:  (954) 660-5799<br>Fax: (954) 356-7180<br>*Attorney for Defendant*<br>**via Notices of Electronic Filing generated by CM/ECF** |