UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60423-CIV-ZLOCH

FEDERAL TRADE COMMISSION,
et al.,

      Plaintiffs,

vs.                                      **O R D E R**

CARIBBEAN CRUISE LINE, INC.,
et al.,

      Defendants.
_____/

    THIS MATTER is before the Court upon State Plaintiffs' Unopposed Motion For Relief From The Requirement Of Local Rule 16.2(e) That Representatives With Full Settlement Authority Attend Mediation (DE 68).  The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    By the instant Motion (DE 68), the State Plaintiffs ask to be represented at the settlement conference by the attorney for the State of Florida, the lead state, as well as the attorney for the State of Colorado.  In addition, the FTC's counsel will be present.  The remaining State Plaintiffs ask to be permitted to appear telephonically.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that State Plaintiffs' Unopposed Motion For Relief From The Requirement Of Local Rule 16.2(e) That Representatives With Full Settlement Authority Attend Mediation (DE

68) be and the same is hereby **GRANTED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_\_4th\_\_\_\_\_ day of October, 2016.



_____
WILLIAM J. ZLOCH
United States District Judge

Copies Furnished:

All Counsel and Parties of Record