UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60423-CIV-ZLOCH

FEDERAL TRADE COMMISSION,
et al.,

        Plaintiffs,

v.                                    MEDIATOR'S FIRST REPORT

CARIBBEAN CRUISE LINE, INC.,
et al.,

        Defendants.
_____/

     Pursuant to the Court-ordered mediation in the above-styled case, the mediation commenced with the undersigned certified Mediator Eunice Tall Baros on Wednesday, October 5, 2016 in Palm Beach County with all parties present, by prior agreement, either in person or by telephone conference due to the impending Hurricane Matthew storm warnings and airline flight cancellations. The Assistant Attorney General for Florida confirmed that she represented the other Plaintiff/State Attorneys General in this matter.

     The mediation has been *continued*.

     By agreement of the parties at the mediation, the Plaintiff/Federal Trade Commission will file this Mediator's First Report in this case.

Respectfully submitted,

*/s/ Eunice Tall Baros*
EUNICE TALL BAROS, Mediator
Florida Bar No. 301711
11380 Prosperity Farms Road, Suite 204
Palm Beach Gardens, FL 33410
Tel: 561 855 4809; Fax: 561 855 4810
eunicebaroslaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to the following:

Christopher E. Brown
Thomas Biesty
Federal Trade Commission
600 Pennsylvania Ave, NW, CC-8528
Washington, DC 20580
  *Attorneys for Plaintiff FTC*

Kristen Pesicek
Assistant Attorney General
110 S.E. 6th Street
Ft. Lauderdale, FL 33301
  *Attorney for State of Florida and Local Counsel for State Plaintiffs*

Devin Laiho
Assistant Attorney General
Consumer Protection
Ralph L. Carr Colorado Judicial Center
1300 Broadway, Seventh Floor
Denver, CO 80203
  *Attorney for State of Colorado*

Marguerite M. Sweeney
Deputy Attorney General
Office of the Indiana Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
  *Attorney for State of Indiana*

Mary D. Morris
Assistant Attorney General
P.O. Box 861
St. Louis, MO 63188
  *Attorney for State of Missouri*

James J. Welch
Assistant Attorney General
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
  *Attorney for State of Kansas*

Frank Farmer
Special Assistant Attorney General
Office of the Mississippi Attorney General
Post Office Box 1174
Jackson, MS 39215-1174
  *Attorney for State of Mississippi*

David N. Kirkman
Special Deputy Attorney General
Consumer Protection Division
North Carolina Department of Justice
114 West Edenton Street
P.O. Box 629
Raleigh, NC 27602-0629
  *Attorney for State of North Carolina*

Megan E. McNulty
Associate Assistant Attorney General
Consumer Protection Section
Office of Ohio Att'y Gen. Michael DeWine
One Government Center, Suite 1340
Toledo, OH 43604
  *Attorney for State of Ohio*

*Certificate of Service continues…*

Shiva K. Bozarth
Chief of Compliance
Tennessee Regulatory Authority
Andrew Jackson Building
502 Deadrick Street, 4th Floor
Nashville, Tennessee 37243
  *Attorney for State of Tennessee*

F. Antone Accuardi, Esq.
2331 SW 5th Ave.
Portland, OR 97201
  *Counsel for Defendants Pacific Telecom Communications Group, International Telephone Corporation, International Telephone LLC, Telephone Management Corporation, T M Caller ID, LLC, and Fred Accuardi*

Steven R. Petri
Unites States Attorney's Office
500 E. Broward Boulevard, 7th Floor
Fort Lauderdale, FL 333011
  *Attorney for Federal Counter Defendants*

Sarah Shifley
Assistant Attorney General
Consumer Protection Division
Washington State Att'y General's Office
800 Fifth Ave., Ste. 2000
Seattle, WA 98104
  *Attorney for State of Washington*

Edwin M. Walker
Walker Law Firm
500 Australian Ave., Suite 600
West Palm Beach, FL 33401
  *Local Counsel for Defendants Pacific Telecom Communications Group, International Telephone Corporation, International Telephone LLC, Telephone Management Corporation, T M Caller ID, LLC, and Fred Accuardi*

/s/ Christopher E. Brown
Christopher E. Brown