UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60423-CIV-ZLOCH

FEDERAL TRADE COMMISSION, et al.,

    Plaintiffs,

vs.                                      **ORDER STAYING ACTION**

CARIBBEAN CRUISE LINE, INC., et al.,

    Defendants.
_____/

THIS MATTER is before the Court upon the Unopposed Motion To Stay Scheduling Order Deadlines (DE 75). The Court has carefully reviewed said Motion, the entire court file herein and is otherwise fully advised in the premises.

Plaintiffs and remaining Defendants request that the Court stay the scheduling order deadlines in the above-styled cause to allow Plaintiffs time to review the proposed settlement negotiated by the Parties due to the need for Plaintiff Federal Trade Commission to have the agreement, signed by Defendants, reviewed and voted upon by the full Commission.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Unopposed Motion To Stay Scheduling Order Deadlines (DE 75) be and the same is hereby **GRANTED**;

2. The above-styled cause be and the same is hereby **STAYED** pending the completion of Plaintiff Federal Trade Commission's review process; and

3. The Parties are hereby **DIRECTED** to notify the Court immediately upon the completion of Plaintiff Federal Trade Commission's review process;

4. If Plaintiff Federal Trade Commission has not completed its review process by Friday, February 10, 2017, the Parties are hereby **DIRECTED** to file a status report; and

5. This Order shall not prejudice the rights of any party to this litigation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___10th___ day of November, 2016.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel and Parties of Record