UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 15-60423-CIV-ZLOCH**

FEDERAL TRADE COMMISSION, et al.,

    Plaintiffs,

    v.

CARIBBEAN CRUISE LINE, INC., et al.,

    Defendants.

_____/

**UNOPPOSED MOTION TO APPROVE
STIPULATED ORDER FOR PERMANENT INJUNCTION**

Plaintiffs the Federal Trade Commission ("FTC" or "Commission") and the states of Colorado, Florida, Indiana, Kansas, Mississippi, Missouri, North Carolina, Ohio, Tennessee, and Washington ("State Plaintiffs"), and Defendants Fred Accuardi, Telephone Management Corporation, TM Caller ID, LLC, Pacific Telecom Communications Group, International Telephone Corporation and International Telephone, LLC (collectively, the "Pacific Telecom Defendants"), have agreed to the entry of a stipulated order for permanent injunction and civil penalty judgment ("Order") to settle all pending claims in this action. Plaintiffs respectfully submit the attached proposed Order for the Court's approval, signature, and entry.

                        Respectfully submitted,

                        /s/ Christopher E. Brown
                        Christopher E. Brown, Sp. Bar No. A5501993
                        Thomas M. Biesty, Sp. Bar No. A5501817
                        Federal Trade Commission
                        600 Pennsylvania Ave., N.W., Rm. CC-8528
                        Washington, D.C. 20580
                        (202) 326-2825; cbrown3@ftc.gov
                        (202) 326-3043; tbeisty@ftc.gov
                        *Attorneys for the Federal Trade Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to the following:

Kristen Pesicek
Assistant Attorney General
110 S.E. 6th Street
Ft. Lauderdale, FL 33301
  *Attorney for State of Florida and Local
  Counsel for State Plaintiffs*

Devin Laiho
Assistant Attorney General
Consumer Protection
Ralph L. Carr Colorado Judicial Center
1300 Broadway, Seventh Floor
Denver, CO 80203
  *Attorney for State of Colorado*

Marguerite M. Sweeney
Deputy Attorney General
Office of the Indiana Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
  *Attorney for State of Indiana*

James J. Welch
Assistant Attorney General
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
  *Attorney for State of Kansas*

Frank Farmer
Special Assistant Attorney General
Office of the Mississippi Attorney General
Post Office Box 1174
Jackson, MS 39215-1174
  *Attorney for State of Mississippi*

Mary D. Morris
Assistant Attorney General
P.O. Box 861
St. Louis, MO 63188
  *Attorney for State of Missouri*

David N. Kirkman
Special Deputy Attorney General
Consumer Protection Division
North Carolina Department of Justice
114 West Edenton Street
P.O. Box 629
Raleigh, NC 27602-0629
  *Attorney for State of North Carolina*

Megan E. McNulty
Associate Assistant Attorney General
Consumer Protection Section
Office of Ohio Att'y Gen. Michael DeWine
One Government Center, Suite 1340
Toledo, OH 43604
  *Attorney for State of Ohio*

Jim R. Layman
Chief of Compliance
Tennessee Regulatory Authority
Andrew Jackson Building
502 Deadrick Street, 4th Floor
Nashville, Tennessee 37243
  *Attorney for State of Tennessee*

*Certificate of Service continues…*

F. Antone Accuardi, Esq.
2331 SW 5th Ave.
Portland, OR 97201
  *Counsel for Defendants Pacific Telecom Communications Group, International Telephone Corporation, International Telephone LLC, Telephone Management Corporation, T M Caller ID, LLC, and Fred Accuardi*

Leilani Fisher
Assistant Attorney General
Consumer Protection Division
Washington State Att'y General's Office
800 Fifth Ave., Ste. 2000
Seattle, WA 98104
  *Attorney for State of Washington*

Steven R. Petri
Unites States Attorney's Office
500 E. Broward Boulevard, 7th Floor
Fort Lauderdale, FL 333011
*Attorney for Federal Counter Defendants*

Edwin M. Walker
Walker Law Firm
500 Australian Ave., Suite 600
West Palm Beach, FL 33401
  *Local Counsel for Defendants Pacific Telecom Communications Group, International Telephone Corporation, International Telephone LLC, Telephone Management Corporation, T M Caller ID, LLC, and Fred Accuardi*

/s/ Christopher E. Brown
Christopher E. Brown

3