UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60423-CIV-ZLOCH

FEDERAL TRADE COMMISSION,
et al.,

            Plaintiffs,

vs.

CARIBBEAN CRUISE LINE, INC.,
et al.,

           Defendants.
_____/

**CONSENT FINAL JUDGMENTS AS TO FRED ACCUARDI; TELEPHONE MANAGEMENT CORPORATION; TM CALLER ID, LLC; PACIFIC TELECOM COMMUNICATIONS GROUP; INTERNATIONAL TELEPHONE CORPORATION; AND INTERNATIONAL TELEPHONE, LLC**

    THIS MATTER is before the Court upon the Unopposed Motion To Approve Stipulated Order For Permanent Injunction (DE 90). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    The Court notes that Defendants Fred Accuardi, Telephone Management Corporation, TM Caller ID, LLC, Pacific Telecom Communications Group, International Telephone Corporation, and International Telephone, LLC (collectively, the "Pacific Telecom Defendants"), consent to the entry of the permanent injunction and civil penalty against them sought herein, which resolve all pending claims in the above-styled cause.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Court has jurisdiction over the Parties hereto and the subject matter herein;

    2. The Unopposed Motion To Approve Stipulated Order For Permanent Injunction (DE 90) be and the same is hereby **GRANTED**;

    3. Pursuant to Federal Rule of Civil Procedure 58, Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiffs

and against Defendants Fred Accuardi, Telephone Management Corporation, TM Caller ID, LLC, Pacific Telecom Communications Group, International Telephone Corporation, and International Telephone, LLC (collectively, the "Pacific Telecom Defendants");

4. The Stipulated Order For Permanent Injunction And Civil Penalty Judgment Against Pacific Telecom Defendants (DE 90-1) be and the same is hereby approved, adopted, and ratified;

5. The Court shall retain jurisdiction as to Defendants Fred Accuardi, Telephone Management Corporation, TM Caller ID, LLC, Pacific Telecom Communications Group, International Telephone Corporation, and International Telephone, LLC (collectively, the "Pacific Telecom Defendants"), solely for the purposes of enforcing the Stipulated Order (DE 90-1); and

6. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of February, 2017.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel and Parties of Record